[Nos. 66527-8-I; 66820-0-I.   Division One.   July 29, 2013.]

DONALD COLLINGS ET AL., *Respondents*, v. CITY FIRST MORTGAGE SERVICES, LLC, ET AL., *Appellants*.

The opinion in the above captioned case, which appeared in the advance sheets at 175 Wn. App. 589-629, has not been published in this permanent bound volume pursuant to an order of the Court of Appeals dated November 18, 2013, partially granting reconsideration, withdrawing the opinion, and substituting a new opinion. See 177 Wn. App. 908.